UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY -5 AM 10: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JEWEL WASHINGTON,

    Plaintiff,

v.                                  Civil No. 04-2828-mL

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The plaintiff's motion for additional time to file a response brief is granted. The plaintiff shall file a response brief by May 17, 2005.

                                        _____
                                        Judge, United States District Court

                                        Date: May 5, 2005



This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02828 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT