IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 PM 3: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JEWEL WASHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 04-2828 |
| | ) |
| JO ANNE BARNHART, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT LEAVE
## TO FILE RESPONSE

Now, on this _3_ day of _June_, 2005, the Court, after reviewing Defendant's Motion for Leave to File a Response to Plaintiff's Reply Brief, finds that good cause exists for granting Defendant's Motion.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, Defendant be granted Leave to File a Response to Plaintiff's Reply Brief.

IT IS SO ORDERED.

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02828 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT